UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORENZO PERALTA as Independent Administrator of the Estates of ELIZABETH PERALTA-LUNA, Deceased, and ELIZABETH PERALTA, Deceased,<br><br>Plaintiffs,<br><br>versus<br><br>MONSON & SONS, INC., an Iowa Corporation and ZACHARY BARNGROVER, Individually,<br><br>Defendants. | No. 15 cv 2300 |

### ORDER APPROVING SETTLEMENT, DISTRIBUTION AND DISMISSAL WITH PREJUDICE

THIS CAUSE COMING TO BE HEARD ON Plaintiff's Petition for Approval of Settlement in the amount of $2,666,666.67, distribution and dismissal. THIS COURT BEING FULLY ADVISED IN THE PREMISES FINDS AND ORDERS AS FOLLOWS:

1. That the Survival Action Claims against Defendants, Monson & Sons, Inc., an Iowa Corporation and Zachary Barngrover, Individually, are dismissed with prejudice and without costs.

2. That the Wrongful Death Act claims against Defendants, Monson & Sons, Inc., an Iowa Corporation and Zachary Barngrover, Individually are settled for $2,666,666.67 to be paid by and/or on behalf of the Defendants.

3. This Court hereby finds pursuant to the consent forms executed by the heirs of Elizabeth Peralta-Luna, Deceased, and Elizabeth Peralta, Deceased, the total settlement amount of $2,666,666.67 is fair and reasonable.

4. Pursuant to a fee agreement between the attorneys and the Plaintiff, the attorneys for the Plaintiff, Levin & Perconti and Lawrence Law Firm are entitled to total fees in the amount of $888,888.89 to be apportioned as follows:

    1/3 of $2,666,666.67 = $888,888.89
    Levin & Perconti = $444,444.45
    Lawrence Law Firm = $444,444.44

5. Pursuant to consent forms executed by the heirs of Elizabeth Peralta-Luna, Deceased, and Elizabeth Peralta, Deceased, said fees are fair, reasonable, and approved.

6. That Levin & Perconti attorneys for the Plaintiff, are entitled to reimbursement of expenses attributable to this lawsuit in the amount of $43,569.28 which are itemized as follows:

| LEVIN & PERCONTI COSTS | $43,569.28 |
|---|---|
| Records & Reports | $3,340.10 |
| Travel Out of County | $2,698.30 |
| Court Reporters & Videographers for Deposition | $5,843.60 |
| Expert Witness Fees | $21,961.55 |
| Court Costs | $637.00 |
| Investigations | $7,112.73 |
| Filing Fees | $1,266.00 |
| Publication Fee | $430.00 |
| Bond Fee | $160.00 |
| Subpoenas | $120.00 |

7. That Lawrence Law Firm attorneys for the Plaintiff, are entitled to reimbursement of expenses attributable to this lawsuit in the amount of $23,271.53 which are itemized as follows:

| LAWRENCE LAW FIRM COSTS | $23,271.53 |
|---|---|
| Mexico Investigator, Translator and Travel | $12,581.96 |
| Dr. Cesar Moreno Solis | $1,800.00 |
| Travel and Lodging for Client Deposition & Meeting | $8,128.91 |
| Court Reporter | $760.66 |

8. This Court hereby finds that after reduction of attorney's fees, and reimbursement of litigation expenses, the net settlement proceeds is $1,710,936.97 to be apportioned between the Wrongful Death Actions as follows:

| DISTRIBUTION | % | AMOUNT |
|---|---|---|
| Elizabeth Peralta-Luna | 50% | $ 855,468.49 |
| Elizabeth Peralta | 50% | $ 855,468.48 |

9. This Court hereby finds pursuant to consent forms executed by the heirs of Elizabeth Peralta-Luna, Deceased, and Elizabeth Peralta, Deceased, the percentages of dependency are as follows:

| Heir Name | % |
|---|---|
| Irinea Peralta-Luna | 90.00% |
| Fernando Peralta-Luna | 3.33% |
| Ingrid Peralta-Luna | 3.33% |
| Eduarda Peralta-Luna | 3.33% |

10. This Court hereby finds pursuant to consent forms executed by consent forms executed by the heirs of Elizabeth Peralta-Luna, Deceased, the Wrongful Death Act settlement proceeds in the amount of $855,468.49 is to be apportioned as follows:

| HEIR NAMES | % | AMOUNT |
|---|---|---|
| Irinea Peralta-Luna | 90.00% | $769,921.65 |
| Fernando Peralta-Luna | 3.33% | $28,515.62 |
| Ingrid Peralta-Luna | 3.33% | $28,515.62 |
| Eduarda Peralta-Luna | 3.33% | $28,515.62 |
| | TOTAL | $855,468.49 |

11. This Court hereby finds pursuant to consent forms executed by consent forms executed by the heirs of Elizabeth Peralta, Deceased, the Wrongful Death Act settlement proceeds in the amount of $855,468.48 is to be apportioned as follows:

| HEIR NAMES | % | AMOUNT |
|---|---|---|
| Irinea Peralta-Luna | 90.00% | $769,921.64 |
| Fernando Peralta-Luna | 3.33% | $28,515.62 |
| Ingrid Peralta-Luna | 3.33% | $28,515.62 |
| Eduarda Peralta-Luna | 3.33% | $28,515.62 |
| | TOTAL | $855,468.48 |

12. This Court hereby finds pursuant to consent forms executed by the heirs of Elizabeth Peralta-Luna, Deceased, and Elizabeth Peralta, Deceased, the total settlement of $2,666,666.67 is approved, and is to be allocated as follows:

| DISTRIBUTION | AMOUNT |
|---|---|
| Levin & Perconti Attorney's Fees | $444,444.45 |
| Lawrence Law Firm Attorney's Fees | $444,444.44 |
| Levin & Perconti Reimbursement of Litigation Costs | $43,569.28 |
| Lawrence Law Firm Reimbursement of Litigation Costs | $23,271.53 |
| Irinea Peralta-Luna | $1,539,843.28 |
| Fernando Peralta-Luna | $57,031.23 |
| Ingrid Peralta-Luna | $57,031.23 |
| Eduarda Peralta-Luna | $57,031.23 |
| TOTAL | $2,666,666.67 |

13. The case against Monson & Sons, Inc., an Iowa Corporation and Zachary Barngrover, Individually, is dismissed with prejudice and without costs.

IT IS THEREFORE ORDERED that the Wrongful Death Act settlement in the amount of

$2,666,666.67 is approved, the settlement money may be distributed in accordance with this Order and the case against Defendants Monson & Sons, Inc., an Iowa Corporation and Zachary Barngrover, Individually, is dismissed with prejudice and without costs

*Daniel G. Martin*

ENTER: 12/22/2016

John J. Perconti (jjp@levinperconti.com)
Cari F. Silverman (cfs@levinperconti.com)
**LEVIN & PERCONTI**
325 North LaSalle Street, Suite 450
Chicago, Illinois 60654
312-332-3872
312-332-3112 (fax)

Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
3112 Windsor Road, Suite A234
Austin, Texas 78703
956-994-0057